An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARENTAL RIGHTS AS TO: MALACHI PATRICK LEONARD AND HOLDEN GREGORY LEONARD, MINOR CHILDREN. | No. 67054 |

NENITA LEONARD,
Appellant,
vs.
MICHELLE KELLY; AND EDWARD KELLY,
Respondents.

FILED

APR 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME C.
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. Accordingly, this appeal is dismissed. NRAP 42(b).[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Hon. James Todd Russell, District Judge
        Fricke Law Ltd.
        Peter B. Jaquette
        Carson City Clerk

---

[1] Appellant's motion for stay of appeal and waiver of filing fee is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-11858